

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-43,740-02

### EX PARTE KENNETH SHED, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. DC-2023-CR-1018-A IN THE 140TH DISTRICT COURT
### FROM LUBBOCK COUNTY

*Per curiam*. SLAUGHTER, J., filed a concurring opinion.

## O P I N I O N

Applicant was convicted of one count of indecency with a child by sexual contact, three counts of sexual assault of a child, and three counts of aggravated sexual assault of a child. He was sentenced to life imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal because counsel failed to timely file a notice of appeal. Based on the record, the trial court has found that counsel failed to timely file a notice of appeal.

Relief is granted. *Ex parte Axel*, 757 S.W.2d 369 (Tex. Crim. App. 1988); *Jones v. State*, 98

S.W.3d 700 (Tex. Crim. App. 2003). Applicant may file an out-of-time appeal of his conviction in cause number DC-2024-CR-1018 from the 140th District Court of Lubbock County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:                    June 26, 2024
Do not publish